IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BONDEX INTERNATIONAL, INC., et al. | ) ) | CASE NO. 1:03-cv-1322 |
| Plaintiffs | ) ) | JUDGE ANN ALDRICH |
| vs. | ) ) | Magistrate Judge Patricia Hermann |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY, et al. | ) ) ) ) | |
| Defendants | ) ) | |
| vs. | ) ) | |
| MT. McKINLEY INSURANCE CO. | ) ) | **ADDENDUM TO** |
| Third-Party Plaintiff | ) ) | **CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE** |
| vs. | ) ) | **ORDER** |
| BOWERS, ORR, L.L.P., et al. | ) ) | |
| Third-Party Defendants | ) | |

This Addendum to the Confidentiality Agreement and Stipulated Protective Order ("Confidentiality Agreement") is made by the undersigned Third-Party Defendants, whose authorized representatives have executed this Addendum,

WHEREAS, Plaintiffs have filed suit against Defendants in *Bondex International, Inc., et al. v. Hartford Accident and Indemnity Company, et al.*, No. 1 :03 CV 1322 (N.D. Ohio); and

WHEREAS, Plaintiffs and Defendants have entered into the Confidentiality Agreement; and

WHEREAS, certain Defendants have asserted claims against Third-Party Defendants; and

WHEREAS, by this Addendum, the parties intend to modify the Confidentiality Agreement to include the Third-Party Defendants, pursuant to the terms of the Agreement.

NOW, THEREFORE, each of the undersigned Third-Party Defendants agrees to each and every term and provision of the Confidentiality Agreement entered by the Court in this matter.

5-22-07  IT IS SO ORDERED

s/Ann Aldrich
United States District Judge

*s/ Thomas M. Parker*
Thomas M. Parker, Esq. (0004956)
Andrew T. Hayes (0075304)
Robert Roe Fox (0042179)
PARKER, LEIBY, HANNA & RASNICK, LLC
388 South Main Street, Suite 402
Akron, OH  44311
(330) 253-2227
(330) 253-1261
tparker@neolaw.biz
ahayes@neolaw.biz
rfox@neolaw.biz
*Counsel for Third Party Defendants Bowers, Orr, L.L.P. and Glenn Bowers*

**CERTIFICATE OF SERVICE**

I certify that on the 22nd day of May, 2007, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/ Thomas M. Parker*