IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BONDEX INTERNATIONAL, INC., et al. ) | | Case No. 1:03CV1322 |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | JUDGE ANN ALDRICH |
| ) | | |
| HARTFORD ACCIDENT AND INDEMNITY ) | | |
| COMPANY, et al. ) | | |
| ) | | |
| Defendants. ) | | ORDER |

The Court has filed its Memorandum and Order granting summary judgment in favor of all defendants' and USF&G and Travelers Casualty and Surety Company. Also, the court granted plaintiffs' motion to dismiss Mt. McKinley's amended counterclaim.

IT IS ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure Rule 58.

This order is final and appealable.

IT IS SO ORDERED.

s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

Dated: December 1, 2008